IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SYLVIA TRUJILLO**, individually,
and as parent and next friend of
**GABRIEL FLORES**, minor,

  **Plaintiffs,**

v.               No. 14-CV-00967 KG/SCY

**MATTHEW WOLKE, J. GARCIA,**
**and DOES 1-5,** in their individual capacities**,**

  **Defendants.**

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR LEAVE TO AMEND THE COMPLAINT

THIS MATTER came before the Court on Plaintiffs' Sylvia Trujillo and Gabriel Flores's Unopposed Motion for Leave to File an Amended Complaint (Doc. 42), filed March 12, 2015. This motion being unopposed and the Court being fully advised in the premises, the Court finds that the motion is well taken and is granted.

IT IS THEREFORE ORDERED that Plaintiffs may file their First Amended Complaint forthwith.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

PAUL KENNEDY & ASSOCIATES, P.C.

__/s/  Nan E. Erdman_____
Paul J. Kennedy
Nan E. Erdman
201 12th Street N.W.
Albuquerque, New Mexico 87102
Nerdman@paulkennedylaw.com

*Attorneys for Plaintiff*

Approved as to form by:

*ROBLES, RAEL & ANAYA, P.C.*

  /s/  Taylor S. Rahn (electronically approved on 03/16/2015)
Taylor S. Rahn
Luis Robles
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
taylor@roblesrael.com
   *Attorneys for County Defendants*