IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SYLVIA TRUJILLO,**
individually, and as parent and
next friend of **GABRIEL FLORES,**
minor.

      Plaintiffs,

vs.                                       No. CIV 14-00967 KG-SCY

**BOARD OF COUNTY COMMISSIONERS**
**FOR BERNALILLO COUNTY,**

      Defendant.

## STIPULATED ORDER GRANTING THE UNOPPOSED MOTION TO SUBSTITUTE PARTIES

**THIS MATTER** came before this Court on individual County Defendants' Unopposed Motion to substitute the Board of County Commissioners of Bernalillo County for their individual names in this matter. Being fully advised in the premises and noting that all parties concur with the relief sought, the Court finds that the motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that the Board of County Commissioners of Bernalillo County is substituted for the name of the individual defendants in this matter; and that all claims against the individual defendant are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

ROBLES, RAEL & ANAYA, P.C.

By:   /s/ Taylor S. Rahn
       Taylor S. Rahn
       Luis Robles
       Attorneys for County Defendants
       500 Marquette Ave., NW, Suite 700
       Albuquerque, New Mexico 87102
       (505) 242-2228
       (505) 242-1106 (facsimile)

**APPROVED BY:**

Electronic approval on 06/03/15
Paul Kennedy, Esq.
Paul Kennedy & Associates, P.C.
Attorneys for Plaintiff
201 Twelfth Street NW
Albuquerque, NM 87102
(505) 842-8862