IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SYLVIA TRUJILLO, *individually*
*and as parent and next friend of*
*Gabriel Flores, minor*,

      Plaintiff,

v.                                                            No. 14-CV-00967 KG/SCY

BOARD OF COUNTY COMMISSIONERS
FOR BERNALILLO COUNTY,

      Defendant.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to U.S. Magistrate Judge Steven C. Yarbrough to conduct a fairness hearing.

The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. §636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

_____
UNITED STATES DISTRICT JUDGE